UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL C. ROBINSON, | ) |
| and | ) |
| MAY T. JUNG-ROBINSON, | ) |
|  | ) Civil Case No. 12-0278 (RJL) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 7th day of June, 2013, hereby

**ORDERED** that the defendant's Motion to Dismiss [Dkt. #8] is **GRANTED**; and it is further

**ORDERED** that plaintiff's Amended Complaint [Dkt. #6] is **DISMISSED**.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge